Charles MIMS, Jr., Appellant,

Louise Mims, Guardian ad Litem for Charles Mims, Jr.; Charnella Mims, Guardian ad Litem for Charles Mims, Jr., Plaintiffs,

v.

UNITED PARCEL SERVICES,
a Corporation, Appellee.

No. 07–1935.

United States Court of Appeals,
Eighth Circuit.

Submitted: June 25, 2008.

Filed: July 8, 2008.

Charles Mims, Jr., Omaha, NE, pro se.

Alissa M. Raddatz, Daniel Gerard Wilczek, Faegre & Benson, Minneapolis, MN, for Appellee.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Charles Mims, Jr., appeals the district court's[1] adverse grant of summary judg-

ment in his employment-discrimination suit brought under Title VII and the Americans with Disabilities Act, together with his state-law claims. After reviewing the record de novo, viewing the evidence and all reasonable inferences from it in a light most favorable to Mims, *see Jacob–Mua v. Veneman*, 289 F.3d 517, 520 (8th Cir.2002) (standard of review), we conclude that summary judgment was proper for the reasons stated by the district court. Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B. We also deny Mims's request for preparation of a transcript at government expense and United Parcel Service's motion for leave to file a sur-reply.

---

1. The Honorable Joseph F. Bataillon, Chief Judge, United States District Court for the District of Nebraska.